# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ, | Case No. CV 19-6178-DMG (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CMG ENTERPRISES LLC; LA AMAPOLA, INC., | |
| Defendants. | |

    The Court having granted Judgment in favor of Defendants CMG Enterprises, LLC and La Amapola, Inc. by order dated April 2, 2020,

    IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiff Luis Marquez.

DATED: April 2, 2020

                                               DOLLY M. GEE
                                 UNITED STATES DISTRICT JUDGE